STATE OF MAINE
Cumberland, SS

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

2005 MAY -5 P 2: 30

SUPERIOR COURT
Civil Action
Docket No. RE-05-004

ERNEST OSBORN d/b/a
YANKEE DEVELOPMENT CORP.,
      Plaintiff and Counterclaim
      Defendant

v.

PHILIP SULLIVAN and CHERYL
SULLIVAN,
      Defendants and Counterclaim
      Plaintiffs

**DECISION AND ORDER ON
MOTION FOR ATTACHMENT**

JUL 25 2005

## I. STATUS OF CASE

This case is before the court on a Motion for Attachment by Paul and Cheryl Sullivan on their counterclaim against plaintiff.[1] The court has reviewed the pleadings and submissions and heard counsel at oral argument.

## II. BACKGROUND

Ernest Osborn, entered into a contract during the spring of 2003 with Philip and Cheryl Sullivan to build a cottage for the defendants on Frye Island. Plaintiff claims that he performed 98% of the work and furnished all the necessary materials on or before September 15, 2004, and that the defendants still owe him $30, 927.62.

The Sullivans barred plaintiff from the construction site by a letter dated September 29, 2004 because the house was not finished.

The defendants filed a counterclaim against Osborn alleging: (I) breach of contract; (II) breach of the Maine Home Construction Contracts Act, 10 M.R.S.A. § 1486, et seq.; (III) fraud; and (IV) negligence. According to the defendants the cottage was not

---

[1] The Sullivans also filed a Motion to Dismiss the complaint that has been withdrawn by counsel in light of the amended complaint filed by Osborn.

done by the contractually specified deadlines, they had to hire another contractor, and they had to pay the sub-contractors that Osborn did not; in effect paying twice for some work.

The Sullivans claim that fixing all the things Osborne did not do will result in an additional cost of $39,781. Additionally, the Sullivans claim lost rental income in the amount of $15,000. The defendants filed a motion for attachment in the amount of $57,000.

The parties disagree as to how much money will be required to complete the contract. The Sullivans claim it will be more than $39,000 and have found a contractor who will do it for approximately $46,000.[2]

Osborne claims that the remaining work can done for approximately $6,000 [3] and that he also completed work that was not included in the contract. He also alleges that it was the Sullivans who first breached the contract in the fall of 2003 when only one-third of the contractually scheduled payment was paid to Osborn. Osborn also claims that if the Sullivans did not breach the contract in 2003, then the contract was definitely breached when the Sullivans kicked him off the worksite in September 2004, well after the agreed-to date of completion. Osborn also disputes the claim for lost rental income as he was told this was only going to be a family vacation home [4] and that loss of rental income is not a foreseeable damage item.

### III. DISCUSSION

A party seeking an attachment must demonstrate that it will "more likely than not ,

---

[2] See affidavit of Anthony Torra dated April 19, 2005.

[3] Affidavit of Ernest C. Osborn dated April 4, 2005, exhibit A attached.

[4] Affidavit of Ernest C. Osborn dated April 4, 2005, ¶ 8.

. . . recover judgment, including interest and costs, in an amount equal to or greater than the aggregate sum of the attachment and any liability insurance" available. M.R.Civ.P. 4A(c). Under this standard, the "moving party must show a greater than 50% chance of prevailing." M.R.Civ.P. 4A, Advisory Committee's Note, Feb. 15, 1992, amendment. The court must find that the moving party will succeed by a preponderance of the evidence. *Jacques v. Brown*, 609 A.2d 290, 292, n.3 (Me 1992), *see also Wilson v. DelPapa*, 634 A.2d 1252, 1254 (Me. 1993) (trial court assigns weight to evidence in affidavits to determine plaintiff's likelihood of success). M.R.Civ.P. 4A(c) requires that parties seeking an attachment show not only that they are reasonably likely to recover a judgment from the defendant, but also that they are reasonably likely to recover a judgment in an amount at least equaling the amount of the requested attachment. *Jacques*, 609 A.2d at 292, n.3. *See Atlantic Heating Co., Inc. v. Lavin*, 572 A.2d 478, 479 (Me. 1990) (affidavits lacking specific facts are inadequate to support attachment).

The court has examined the record and affidavits and finds, at best, that the evidence is in balance. It is not clear that the defendants / counterclaim plaintiffs are more likely than not to succeed on the merits.

## IV. ORDER

The clerk will make the following entry as the Decision and Order of the court:

    1. Defendants' Motion to Dismiss is withdrawn, no Order is required.

    2. Counterclaim plaintiffs' Motion for Attachment is denied.

SO ORDERED.

Dated:     May 5, 2005

                                            Thomas E. Delahanty II
                                            Justice, Maine Superior Court

ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP - PLAINTIFF

Attorney for: ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT
CORPENCE SAWYER   - RETAINED 01/11/2005
SAWYER SAWYER & MINOTT PA
PO BOX 1177
WINDHAM ME 04062

SUPERIOR COURT
CUMBERLAND, ss.
Docket No   PORSC-RE-2005-00004

**DOCKET RECORD**

vs
PHILIP G SULLIVAN  - DEFENDANT

Attorney for: PHILIP G SULLIVAN
DEBORAH MANN  - RETAINED 02/09/2005
JENSEN BAIRD ET AL
10 FREE STREET
PO BOX 4510
PORTLAND ME 04112

Attorney for: PHILIP G SULLIVAN
MARCIA G CORRADINI  - RETAINED 02/09/2005
JENSEN BAIRD ET AL
10 FREE STREET
PO BOX 4510
PORTLAND ME 04112

CHERYL A SULLIVAN  - DEFENDANT

Attorney for: CHERYL A SULLIVAN
DEBORAH MANN  - RETAINED 02/09/2005
JENSEN BAIRD ET AL
10 FREE STREET
PO BOX 4510
PORTLAND ME 04112

Attorney for: CHERYL A SULLIVAN
MARCIA G CORRADINI  - RETAINED 02/09/2005
JENSEN BAIRD ET AL
10 FREE STREET
PO BOX 4510
PORTLAND ME 04112

Filing Document: COMPLAINT                    Minor Case Type: MECHANICS LIENS
Filing Date: 01/11/2005

**Docket Events:**
01/11/2005 FILING DOCUMENT - COMPLAINT FILED ON 01/11/2005
          SUMMARY SHEET FILED ON MARCH 11, 2005. AD

01/11/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          ATTORNEY - RETAINED ENTERED ON 01/11/2005
          Plaintiff's Attorney: LAWRENCE SAWYER

01/12/2005 CERTIFY/NOTIFICATION - CLERK CERTIFICATE ISSUED ON 01/12/2005
          COPY FILED

02/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 02/07/2005

02/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 01/25/2005
          UPON CHERYL A. SULLIVAN BY DELIVERING TO PHILIP SULLIVAN, HUSBAND AT 200 RED CEDAR STE 203
          BLUFFTON SC 29910. (LJ)

02/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 02/07/2005

02/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 01/25/2005
          UPON PHILIP G SULLIVAN AT 200 RED CEDAR STE 203 BLUFFTON SC 29910. (LJ)

02/09/2005 Party(s):  PHILIP G SULLIVAN,CHERYL A SULLIVAN
          MOTION - MOTION TO DISMISS FILED ON 02/09/2005
          OF DEFENDANT'S WITH PROPOSED ORDER . GM

02/09/2005 Party(s):  PHILIP G SULLIVAN
          ATTORNEY - RETAINED ENTERED ON 02/09/2005
          Defendant's Attorney: DEBORAH MANN

          Party(s):  CHERYL A SULLIVAN
          ATTORNEY - RETAINED ENTERED ON 02/09/2005
          Defendant's Attorney: DEBORAH MANN

02/09/2005 Party(s):  PHILIP G SULLIVAN
          ATTORNEY - RETAINED ENTERED ON 02/09/2005
          Defendant's Attorney: MARCIA G CORRADINI

          Party(s):  CHERYL A SULLIVAN
          ATTORNEY - RETAINED ENTERED ON 02/09/2005
          Defendant's Attorney: MARCIA G CORRADINI

02/11/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUPPLEMENTAL FILING - AMENDED COMPLAINT FILED ON 02/11/2005
          OF PLAINTIFF (JBG).

02/16/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          MOTION - MOTION TO AMEND PLEADING FILED ON 02/16/2005
          WITH MEMORANDUM OF LAW, DRAFT ORDER (GM)

02/16/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUPPLEMENTAL FILING - AMENDED COMPLAINT FILED ON 02/16/2005
          WITH EXHIBIT A (GM)

02/18/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          MOTION - MOTION TO AMEND PLEADING GRANTED ON 02/17/2005
          THOMAS E DELAHANTY II, JUSTICE
          ANSWER TO BE FILED WITHIN 21 DAYS.  2-18-05 COPY MAILED TO LAWRENCE SAWYER ESQ AND MARCIA
          CORRADINI ESQS

02/18/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          OTHER FILING - OPPOSING MEMORANDUM FILED ON 02/18/2005
          PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (GM)

03/02/2005 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 03/02/2005
          THOMAS E DELAHANTY II, JUSTICE

03/09/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 03/09/2005

03/09/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 03/01/2005
          UPON DEFENDANT CHERYL A. SULLIVAN. (LJ)

03/09/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 03/09/2005

03/09/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 03/01/2005
          UPON DEFENDANT PHILIP G SULLIVAN. (LJ)

03/10/2005 Party(s):  PHILIP G SULLIVAN,CHERYL A SULLIVAN
          RESPONSIVE PLEADING - ANSWER TO AMENDED PLEADING FILED ON 03/10/2005
          OF DEFENDANTS WITH COUNTERCLAIM (JBG).                    3/11/05 SUMMARY
          SHEET FOR COUNTERCLAIM FILED.

03/11/2005 ORDER - SCHEDULING ORDER ENTERED ON 03/11/2005
          THOMAS E DELAHANTY II, JUSTICE
          DISCOVERY DEADLINE IS NOVEMBER 11, 2005. ON 03-11-05 COPIES MAILED TO DEBORAH MANN, MARCIA
          CORRADINI, LAWRENCE SAWYER, ESQS.

03/11/2005 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 11/11/2005

03/14/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          RESPONSIVE PLEADING - REPLY/ANSWER TO COUNTERCLAIM FILED ON 03/14/2005
          OF PLAINTIFF ERNEST OSBORN. (LJ)

03/17/2005 Party(s):  PHILIP G SULLIVAN,CHERYL A SULLIVAN
          MOTION - MODIFY ATTACH/TRUSTEE PROCESS FILED ON 03/17/2005
          COUNTERCLAIM PLAINTIFFS, PHILIP G. SULLIVAN AND CHERYL A. SULLIVAN MOTION FOR ATTACHMENT
          INCLUDING TRUSTEE PROCESS AND MEMORANDUM OF LAW IN SUPPORT; AFFIDAVIT OF PHILIP SULLIVAN
          WITH EXHIBITS A AND B; REQUEST FOR HEARING ON MOTION; ATTORNEY'S CERTIFICATE OF MARCIA
          CORRADINI. AD

04/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          OTHER FILING - OPPOSING MEMORANDUM FILED ON 04/07/2005
          PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR ATTACHMENT AND TRUSTEE PROCESS. (LH)

04/07/2005 Party(s):  ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP
          OTHER FILING - AFFIDAVIT FILED ON 04/07/2005
          AFFIDAVIT OF ERNEST C OSBORN WITH EXHIBIT A AND B. (LH)

04/25/2005 Party(s): ERNEST OSBORNE D/B/A YANKEE DEVELOPMENT CORP,PHILIP G SULLIVAN,CHERYL A SULLIVAN
ADR - NOTICE OF ADR PROCESS/NEUTRAL FILED ON 04/25/2005
ADR CONFERENCE SCHEDULED FOR THURSDAY JULY 7, 2005 @ 10:00 AM. (LH)

04/25/2005 Party(s): PHILIP G SULLIVAN,CHERYL A SULLIVAN
OTHER FILING - AFFIDAVIT FILED ON 04/25/2005
OF ANTHONY TORRA WITH EXHIBIT A. AD

05/05/2005 Party(s): PHILIP G SULLIVAN,CHERYL A SULLIVAN
MOTION - MOTION TO DISMISS WITHDRAWN ON 05/05/2005
THOMAS E DELAHANTY II, JUSTICE
MOTION WITHDRAWN BY COUNSEL IN LIGHT OF AMENDED COMPLAINT. ON 05-05-05 COPIES MAILED TO
RONALD SCHNEIDER, JOHN PATERSON AND PETER THOMPSON, ESQS. AD

05/05/2005 Party(s): PHILIP G SULLIVAN,CHERYL A SULLIVAN
MOTION - MODIFY ATTACH/TRUSTEE PROCESS DENIED ON 05/05/2005
THOMAS E DELAHANTY II, JUSTICE
THE CLERK WILL MAKE THE FOLLOWING ENTRY AS THE DECISION AND ORDER OF THE COURT. 1.
DEFENDANTS' MOTION TO DISMISS IS WITHDRAWN, NO ORDER IS REQUIRED. 2. COUNTERCLAIM
PLAINTIFFS' MOTION FOR ATTACHMENT IS DENIED. ON 05-05-05 COPIES MAILED TO RONALD
SCHNEIDER, JOHN PATERSON AND PETER THOMPSON, ESQS. AD MS. DEBORAH FIRESTONE, GOSS
MIMEOGRAPH, THE DONALD GARBRECHT LAW LIBRARY AND LOISLAW.COM, INC. AD

A TRUE COPY
ATTEST: _Jolly A Bourget_
                    Clerk